ORIGINAL

Form 3

UNITED STATES COURT OF INTERNATIONAL TRADE 08-00010
BEFORE: HONORABLE _____, JUDGE

|  |  |
|---|---|
| PT. PABRIK KERTAS TJIWI KIMIA TBK., and<br>PT. PINDO DELI PULP AND PAPER MILLS<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Court No. |

## SUMMONS

TO:   The Attorney General and the United States Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

_____
Clerk of the Court

1.   The plaintiffs are PT. Pabrik Kertas Tjiwi Kimia, Tbk. and PT. Pindo Deli Pulp and Paper Mills. Plaintiffs were interested parties in the contested administrative determination. Plaintiffs actively participated in the contested administrative proceeding through written submissions of factual information and legal argument. Each Plaintiff therefore is a "party to the proceeding" and is entitled to commence this civil action pursuant to 28 U.S.C. § 2631(c), 28 U.S.C. § 1581(c), and 19 U.S.C. § 1516a.

2.   Plaintiffs are contesting certain aspects of the final affirmative determination by the International Trade Administration, U.S. Department of Commerce concerning the final

determination in the antidumping duty investigation of coated free sheet paper from Indonesia, Inv. No. A-560-820.

3.  The underlying administrative determination was made on October 25, 2007.

4.  The determination was published in the <u>Federal Register</u> on October 25, 2007 (72 Fed. Reg. 60,636). On December 13, 2007, the U.S. International Trade Commission published notice of its negative injury determination in the <u>Federal Register</u> (72 Fed. Reg. 70,892). Because the U.S. International Trade Commission reached a negative final determination finding that the U.S. producers were neither injured, nor threatened with material injury, this summons is timely filed within 30 days of publication of that negative determination in the <u>Federal Register</u> pursuant to 19 U.S.C. § 1516a(a)(3).

_____
Signature of Plaintiffs' Attorney

Frank H. Morgan
WHITE AND CASE LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 626-3600

<u>January 11, 2008</u>
       Date

## SERVICE OF SUMMONS BY THE CLERK
## PT. PABRIK KERTAS TJIWI KIMIA, TBK., ET AL. V. UNITED STATES,
### CIT Court No._____

Pusuant to CIT Rule 3(a)(2), this is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516a(a)(2) of the Tariff Act of 1930, for which the filing of a summons only is required for commencement of the action. In accordance with CIT Rule 4(a)(1) and (4), the Clerk of the Court is requested to serve the summons on each of the following named defendants:

UPON THE UNITED STATES

Barbara S. Williams, Esq.
Attorney-in-Charge
Interational Trade Field Office
Commercial Litigation Branch
Department of Justice
26 Federal Plaza
New York, NY  10278


Office of the General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, D.C.  20230



RECEIVED & FILED

2008 JAN 14 PM 3: 52

U.S. COURT OF
INTERNATIONAL TRADE
OFFICE OF THE CLERK

IN ACCORDANCE WITH THE PROVISION OF RULE 5(e). THIS PAPER IS DEEMED FILED AS OF THE DATE OF MAILING-
TO WIT   1-11-08