ORIGINAL

Form 13

# UNITED STATES COURT OF INTERNATIONAL TRADE
08-00010
One Federal Plaza
New York, New York 10007

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by _Frank H. Morgan, White & Case L.L.P._ on behalf of

PT. Pabrik Kertas Tjiwi Kimia, Tbk. and PT. Pindo Deli Pulp and Paper Mills in the matter of

PT. PABRIK KERTAS TJIWI KIMIA, TBK., ET AL. V. UNITED STATES,

Court No. _(Pending)_.


1. If this statement is submitted on behalf of a corporate party, indicate the party is [x]
or is not [ ] a subsidiary or affiliate of a publicly-owned corporation.  If so, identify below the parent
or affiliate and describe the relationship between the party and the parent or affiliate corporation.

PT. Pabrik Kertas Tjiwi Kimia, Tbk. is a publicly traded company listed on the Jakarta Stock
Exchange (symbol TKIM)

2. If the action is one described in 28 U.S.C. § 1581(a) or (b), indicate whether the plaintiff is [ ] or
is not [ ] the ultimate consignee or real party in interest.  If not, identify below the ultimate
consignee or real party in interest.

_____Not Applicable_____

_____


3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned
member of the trade association.  (Attach additional pages if necessary.)

_____Not Applicable_____

_____


_____        _____January 11, 2008_____
(Signature of attorney)                                    (Date)

RECEIVED & FILED

2008 JAN 14  PM 3: 52

U.S. COURT OF
INTERNATIONAL TRADE
OFFICE OF THE CLERK

IN ACCORDANCE WITH THE PROVISION
OF RULE 5(e). THIS PAPER IS DEEMED
FILED AS OF THE DATE OF MAILING-
TO WIT_____ *1-11.08*_____