UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE _____, JUDGE

| | |
|---|---|
| PT. PABRIK KERTAS TJIWI KIMIA TBK., and PT. PINDO DELI PULP AND PAPER MILLS,  Plaintiffs,  v.  UNITED STATES,  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Court No. 08-00010 |

## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Frank H. Morgan declares that (check one)

1. I am

    ☒ an attorney at the law firm of White & Case L.L.P; and I have read and am familiar with the Rules of the United States Court of International Trade.

    ☐ a consultant employed by _____.

2. I represent, or am retained by or on behalf of

    ☒ a party to this action,

    ☐ an interested party that has filed a motion to intervene in this action, which is identified below:

    _____.

3. I was

    ☒ granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

    ☐ not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to services of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States of International Trade.

4. I am

   ☒ (for attorneys) not involved in competitive decision making for the interested party I represent.

   ☐ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of the Appendix on Access to Business Proprietary Information Pursuant to Rule 73.2(c) to the Rules of the United States Court of International Trade.

*[signature]*
Frank H. Morgan
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
202 626 3600
Counsel to Plaintiffs

Date: January 11, 2008

## CERTIFICATE OF SERVICE

I, Frank H. Morgan, hereby certify that on the 11th day of January 2008, copies of the foregoing documents were served by certified mail, return receipt requested, on the following parties:

| | |
|---|---|
| Barbara S. Williams, Esq.<br>Acting Attorney-in-Charge<br>International Trade Field Office<br>Commercial Litigation Branch<br>Department of Justice<br>26 Federal Plaza<br>New York, NY 10278 | Gilbert B. Kaplan, Esq.<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, NW<br>Washington, DC 20006-4706 |
| General Counsel<br>U.S. Department of Commerce<br>14th Street and Constitution Avenue, N.W.<br>Washington, DC 20230 | |

_____
Frank H. Morgan

RECEIVED & FILED

2008 JAN 14  PM 3: 52

U.S. COURT OF
INTERNATIONAL TRADE
OFFICE OF THE CLERK

IN ACCORDANCE WITH THE PROVISION
OF RULE 5(e). THIS PAPER IS DEEMED
FILED AS OF THE DATE OF MAILING-
TO WIT_____1-11-08_____