## SERVICE OF SUMMONS BY THE CLERK
## PT. PABRIK KERTAS TJIWI KIMIA, TBK., ET AL. V. UNITED STATES,
### CIT Court No. 08-00010

    Pusuant to CIT Rule 3(a)(2), this is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516a(a)(2) of the Tariff Act of 1930, for which the filing of a summons only is required for commencement of the action. In accordance with CIT Rule 4(a)(1) and (4), the Clerk of the Court is requested to serve the summons on each of the following named defendants:

<u>UPON THE UNITED STATES</u>

Barbara S. Williams, Esq.
Attorney-in-Charge
Interational Trade Field Office
Commercial Litigation Branch
Department of Justice
26 Federal Plaza
New York, NY  10278


Office of the General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, D.C.  20230



## SERVICE OF SUMMONS

I certify that a copy of this summons was returned to the person who filed the summons and a copy was served upon the Attorney in charge, International Trade Field Office, Commerical Litigation Branch; the Assistant Chief Counsel, International Trade Litigation; and the district director for the customs district in which the protest was denied. Service was made by the undersigned on the data shown below by mail except that service by delivery was made to Attorney-In-Charge, International Trade Field Office, Commerical Litigation Branch; and the Assistant Chief Counsel, International Trade Litigation

Tina Potuto Kimble
Clerk of the Court

Date: 01/15/2008          By: /s/ Troy Benbow
                              Deputy Clerk