## UNITED STATES COURT OF INTERNATIONAL TRADE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                 :
P.T. PABRIK KERTAS TJIWI KIMIA, Tbk, Et Al.,     :
                                                 :
                                                 :
                    Plaintiffs,                  :
                                                 :
          v.                                     :    Court No. 08-00010
                                                 :
UNITED STATES,                                   :
                                                 :
                    Defendant.                   :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

### ORDER OF DISMISSAL

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

Tina Potuto Kimble
Clerk of the Court

By: _____
Deputy Clerk

Date: December 31, 2008
New York, New York

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: 12-31-08

By: /s/ Steve Taronji
Deputy Clerk